**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-00185-REB-CBS

NORMA FELICE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and
ASURION CORPORATION, a/k/a Asurion Protection Services, LLC,

    Defendants.

## ORDER DISMISSING ASURION CORPORATION, ONLY

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion To Dismiss Without Prejudice** [#13] filed March 14, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Asurion Corporation, a/k/a Asurion Protection Services, LLC, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That plaintiff's **Unopposed Motion To Dismiss Without Prejudice** [#13] filed March 14, 2011, is **GRANTED**;

2.  That plaintiff's claims against defendant, Asurion Corporation, a/k/a Asurion Protection Services, LLC, are **DISMISSED WITHOUT PREJUDICE**; and

3.  That defendant, Asurion Corporation, a/k/a Asurion Protection Services, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 15, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge